Albert M. HOLGUIN, Plaintiff— Appellant,

v.

REVIEW JOURNAL, Defendant— Appellee.

No. 07–16512.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 6, 2008.

Albert M. Holguin, Indian Springs, NV, pro se.

Before: HAWKINS, RAWLINSON and M. SMITH, Circuit Judges.

MEMORANDUM **

Albert M. Holguin, a Nevada state prisoner, appeals pro se from the district

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

court's judgment dismissing his 42 U.S.C. § 1983 action, alleging slander, libel and defamation. We review de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order), and we affirm.

The district court properly dismissed the action because Holguin's complaint did not allege facts to show that the defendant acted under color of state law or deprived Holguin of a constitutional or federal right. *See Lopez v. Dept. of Health Servs.*, 939 F.2d 881, 883 (9th Cir.1991) (stating that to obtain relief under 42 U.S.C. § 1983, a plaintiff must plead that the defendants acting under color of state law deprived plaintiff of rights secured by the Constitution or federal statutes).

We do not consider Holguin's argument that he is a "limited public figure" for the purposes of stating a cognizable claim for defamation, because the argument is raised for the first time on appeal. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir.1999) (stating that, as a general rule, the court will not consider arguments that are raised for the first time on appeal).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.